IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ROBERT L. HIGGINS,<br><br>Debtor | Case No.: 2:24-cv-00588-KBH |

**STIPULATION AND ORDER**

WHEREAS, secured creditor David Gottlieb, Disbursing Agent for the Bankruptcy Estate of SAIF, Inc. ("Gottlieb") filed this appeal with this Court on February 6, 2024. Gottlieb appealed an order entered on January 25, 2024 by the United States Bankruptcy Court for the Eastern District of Pennsylvania in the matter of Robert L. Higgins, Debtor, case no. 22-12021 (mdc) (the "Bankruptcy Court Proceeding").

WHEREAS, the record was filed in this Court on March 5, 2024 (D.I. 2), and the Clerk of this Court published the briefing schedule the same day (D.I. 3). By the terms of that schedule, the Appellant's (Gottlieb's) brief is due to be filed on or before April 5, 2024.

WHEREAS, there are two motions to dismiss the Bankruptcy Court Proceeding, both filed by the United States Trustee. The first is a Motion to Dismiss Case – Bad Faith Motion with Prejudice Pursuant to 11 U.S.C. §§ 105, 349 AND 1307 (Bankr. Doc. #131), and the second is a Motion to Dismiss Case pursuant to 11 U.S.C. 109(e) (Doc. #188). Both are scheduled to be heard on April 18, 2024 and April 8, 2024, respectively. *See* Bankr. Doc. #238, 240.

WHEREAS, the parties to this Appeal, Gottlieb and the Debtor, agree that proceedings in this Appeal should be suspended pending the outcome of the Trustee's two motions to dismiss the Bankruptcy Court Proceeding. The parties wish to conserve time and expense of preparing, filing and arguing briefs because a dismissal of the Bankruptcy Court Proceeding could render the Appeal moot.

NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED:

1. This Appeal is stayed pending further order of the Court.

2. This Stipulation and Order is without prejudice to any rights or defenses either party may have.

Dated: March 20, 2024

| LOHR & ASSOCIATES, LTD. | EGBERT & BARNES, P.C. |
|---|---|
| s/ Robert J. Lohr II, Esquire | s/ Thomas J. Barnes, Esquire |
| Robert J. Lohr II | Thomas J. Barnes, Esquire |
| 1246 West Chester Pike # 312 | 349 York Road, Suite 100 |
| West Chester, PA 19382 | Willow Grove, Pennsylvania 19090 |
| Phone: 610-701-0222 | Phone: (215) 886-6600 |
| Fax: 610-431-2792 | Fax: (267) 627-2106 |
| bob@lohrandassociates.com | Email: tbarnes@egbertbarnes.com |
| *Counsel for Debtor, Robert L. Higgins* | *Counsel for Appellant* |

**SO ORDERED** this _____ day of March, 2024

_____
KELLY BRISBON HODGE
United States District Judge

| | |
|---|---|
| In re:<br><br>ROBERT L. HIGGINS,<br><br>Debtor | Case No.: 22-12021 (mdc)<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2024, he caused a true and correct copy of Stipulation and Proposed Order to be served on the parties below via ECF and email.

Robert J. Lohr II
Lohr & Associates, Ltd.
bob@lohrandassociates.com

Office of the United States Trustee
kevin.p.callahan@usdoj.gov

Office of the Standing Chapter 13 Trustee
Kenneth E. West
Kcockerham@ph13trustee.com

Deirdre M. Richards, Esquire
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801
Direct Dial: (302) 538-8331
Fax: (302) 394-9228
drichards@finemanlawfirm.com
www.finemanlawfirm.com

Melissa Chiang
Senior Assistant General Counsel
Office of the General Counsel
Commodity Futures Trading Commission
202-941-9631 (cell)
202-418-5578 (office)
mchiang@cftc.gov

Respectfully submitted,

EGBERT & BARNES, P.C.

Dated: March 20, 2024

s/ Thomas J. Barnes, Esquire
Thomas J. Barnes, Esquire
349 York Road, Suite 100
Willow Grove, Pennsylvania  19090
Phone: (215) 886-6600
Fax: (267) 627-2106
Email: tbarnes@egbertbarnes.com