IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>ROBERT L. HIGGINS,<br><br>Debtor | Case No.: 2:24-cv-00588-KBH |
|---|---|

## STATUS REPORT

In accordance with the Court's Minute Order of December 6, 2024, the Appellant David Gottlieb, Disbursing Agent for the Bankruptcy Estate of SAIF, Inc., submits the following Status Report updating the Court as to the underlying Chapter 13 bankruptcy and any further proceedings that may be necessary.

The underlying Chapter 13 bankruptcy case was dismissed by order of the Bankruptcy Court on August 22, 2024. Appellant Gottlieb reserves the right to seek reversal of the order giving rise to this appeal.

Respectfully submitted,

EGBERT & BARNES, P.C.

Dated: December 13, 2024

s/ Thomas J. Barnes, Esquire
Thomas J. Barnes, Esquire
349 York Road, Suite 100
Willow Grove, Pennsylvania  19090
Phone: (215) 886-6600
Fax: (267) 627-2106
Email: tbarnes@egbertbarnes.com